IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

<table>
<tr><td>STEPHEN EDWARD GLASSER, JR.,</td><td>:</td><td></td></tr>
<tr><td></td><td>:</td><td>Civ. No. 18-17623 (RMB/EAP)</td></tr>
<tr><td>Plaintiff</td><td>:</td><td></td></tr>
<tr><td></td><td>:</td><td></td></tr>
<tr><td>v.</td><td>:</td><td><b>OPINION</b></td></tr>
<tr><td></td><td>:</td><td></td></tr>
<tr><td>TRACEY SHIMONIS-KAMINSKI</td><td>:</td><td></td></tr>
<tr><td><i>Prison Administrator</i>, et al.,</td><td>:</td><td></td></tr>
<tr><td></td><td>:</td><td></td></tr>
<tr><td>Defendants.</td><td>:</td><td></td></tr>
</table>

This matter comes before the Court upon the return of legal mail on March 10, 2023, which was sent by the Clerk of Court to Plaintiff Stephen Edward Glasser, Jr. at his last known address. (Docket No. 5.) The returned mail shows that Plaintiff is no longer present at the Mid-State Correctional Facility Annex in Wrightstown, New Jersey.

## I.    DISCUSSION

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address[es] within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a complaint without prejudice is an appropriate remedy for noncompliance with this rule. *See Archie v. Dept. of*

*Corr.*, Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J.
Jan. 23, 2015) (collecting cases).

## II.  CONCLUSION

The Court will dismiss this action without prejudice pursuant
to Local Civil Rule 10.1(a), subject to reopening upon good cause
shown with Plaintiff's notice of his new address.

An appropriate order follows.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**CHIEF UNITED STATES DISTRICT JUDGE**

Date:  March 28, 2023